**OFFICE COPY**

**08 CV 3489**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

GTFM, INC.,                                    :

                Plaintiff,          :

   - against -                                :

THE WET SEAL, INC.,                            :

               Defendant.         :

------------------------------------------------------------x

## PLAINTIFF'S RULE 7.1 STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiff GTFM, Inc. ("GTFM") certifies that: (a) GTFM does not have any parent corporations; and (b) no publicly held corporation owns 10% or more of GTFM's stock.

Dated: New York, New York
       April 10, 2008

                                 PRYOR CASHMAN LLP

                                 By: _____
                                    Philip R. Hoffman
                                      phoffman@pryorcashman.com
                                  Brad D. Rose
                                      brose@pryorcashman.com
                                  Attorneys for Plaintiff
                                  410 Park Avenue
                                  New York, New York 10022
                                  (212) 421-4100