UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

GTFM, INC.,

                      Plaintiff,

    - against -

THE WET SEAL, INC.,

                      Defendant.

------------------------------------------------------------x

08 Civ. 3489 (RWS)

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the parties herein, that: (1) defendant acknowledges service of the complaint herein; and (2) defendant's time to answer or otherwise move is extended up to and including June 13, 2008.

Dated: New York, New York
        June 13, 2008

PRYOR CASHMAN LLP

By: _____
    Philip R. Hoffman
    phoffman@pryorcashman.com
    Attorneys for Plaintiff
    410 Park Avenue
    New York, New York 10022
    (212) 421-4100

COOPER, WHITE & COOPER LLP

By: _____
    Marcy J. Bergman
    mbergman@cwclaw.com
    Attorneys for Defendant
    201 California Street, 17th Floor
    San Francisco, CA 94111
    (415) 433-1900

SO ORDERED:

_____
U.S.D.J.
6·12·08

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/12/08