Sweet/T

JUN 2 4 2008

JUDGE SWEET CHAMBERS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
GTFM, INC.,                                :
                                           :    08 Civ. 3489 (RWS)
                        Plaintiff,         :
                                           :    **STIPULATION**
        - against -                        :
                                           :
THE WET SEAL, INC.,                        :
                                           :
                        Defendant.         :
--------------------------------------------------------------x

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the parties herein, that: (1) defendant acknowledges service of the complaint herein; and (2) defendant's time to answer or otherwise move is extended up to and including June 13, 2008.

Dated:  New York, New York
        June 13, 2008

PRYOR CASHMAN LLP                          COOPER, WHITE & COOPER LLP

By: _____              By: _____
    Philip R. Hoffman                          Marcy J. Bergman
    phoffman@pryorcashman.com                  mbergman@cwelaw.com
    Attorneys for Plaintiff                    Attorneys for Defendant
    410 Park Avenue                            201 California Street, 17th Floor
    New York, New York 10022                   San Francisco, CA 94111
    (212) 421-4100                             (415) 433-1900

SO ORDERED:

_____
        U.S.D.J.
        6·24·08

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/26/08