

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

GTFM, INC.,                                :

              Plaintiff,            :

   - against -                          :

THE WET SEAL, INC.,                        :

              Defendant.            :

-------------------------------------------------------x

08 Civ. 3489 (RWS)

**NOTICE OF DISMISSAL**

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, this action and all claims therein are hereby dismissed by plaintiff with prejudice, with each party to bear its own costs and attorney's fees.

Dated: New York, New York
       July 14, 2008

PRYOR CASHMAN LLP

By: _____
Philip R. Hoffman
phoffman@pryorcashman.com
Attorneys for Plaintiff
410 Park Avenue
New York, New York 10022
(212) 421-4100

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 7/29/08]

To:   Marcy J. Bergman
       COOPER, WHITE & COOPER LLP
       mbergman@cwclaw.com
       Attorneys for Defendant
       201 California Street, 17th Floor
       San Francisco, CA 94111
       (415) 433-1900

_____
Richard J. Holwell

## CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2008, I served the within Notice of Dismissal upon Marcy J. Bergman of COOPER, WHITE & COOPER LLP, attorneys for Defendant, 201 California Street, 17th Floor, San Francisco, CA 94111, the address designated by them for that purpose, by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State.

Dated: New York, New York
       July 14, 2008

                                                            PHILIP R. HOFFMAN